# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

EDWARD P. BRANDT,

      Plaintiff,

v.                                  Case No. 8:09-cv-126-T-26MAP

I. C. SYSTEM, INC.,

      Defendant.

_____/

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

The Plaintiff, EDWARD P. BRANDT, hereby files of his proposed jury instructions. Plaintiff reserves the right to modify, supplement or withdraw any requested instruction prior to final submission and to request additional instructions as the evidence warrants.

### PLAINTIFF'S PROPOSED JURY INSTRUCTION NO1
*Preliminary Instructions before Trial*

Ladies and Gentlemen of the Jury:

You have now been sworn as the Jury to try this case. By your verdict you will decide the disputed issues of fact.

I will decide all questions of law and procedure that arise during the trial, and, before you retire to the jury room at the end of the trial to deliberate upon your verdict and decide the case, I will explain to you the rules of law that you must follow and apply in making your decision.

The evidence presented to you during the trial will primarily consist of the testimony of the witnesses, and tangible items including papers or documents called "exhibits."

Transcripts Not Available. You should pay close attention to the testimony because it will be necessary for you to rely upon your memories concerning what the testimony was.  Although,

as you can see, the Court Reporter is making a stenographic record of everything that is said, typewritten transcripts will not be prepared in sufficient time or appropriate form for your use during your deliberations and you should not expect to receive them.

Exhibits Available. On the other hand, any exhibits admitted in evidence during the trial will be available to you for detailed study, if you wish, during your deliberations.  So, if an exhibit is received in evidence but is not fully read or shown to you at the time, don't be concerned because you will get to see and study the exhibit later during your deliberations.

Notetaking---Permitted. If you would like to take notes during the trial you may do so. On the other hand, of course, you are not required to take notes if you do not want to. That will be left up to you, individually.  If you do decide to take notes, do not try to write everything down because you will get so involved in note taking that you might become distracted from the ongoing proceedings. Just make notes of names, or dates and places---things that might be difficult to remember.

Also, your notes should be used only as aids to your memory, and, if your memory should later differ from your notes, you should rely upon your memory and not your notes.  If you do not take notes, you should rely upon your own independent recollection or memory of what the testimony was and you should not be unduly influenced by the notes of other Jurors. Notes are not entitled to any greater weight than the recollection or impression of each Juror concerning what the testimony was.

Notetaking---Not Permitted. A question sometimes arises as to whether individual members of the Jury will be permitted to take notes during the trial.  The desire to take notes is perfectly natural especially for those of you who are accustomed to making notes because of your schooling or the nature of your work or the like. It is requested, however, that Jurors not

take notes during the trial. One of the reasons for having a number of persons on the Jury is to gain the advantage of your several, individual memories concerning the testimony presented before you; and, while some of you might feel comfortable taking notes, other members of the Jury may not have skill or experience in note taking and may not wish to do so.

During the trial you should keep an open mind and should avoid reaching any hasty impressions or conclusions. Reserve your judgment until you have heard all of the testimony and evidence, the closing arguments or summations of the lawyers, and my instructions or explanations to you concerning the applicable law.

Because of your obligation to keep an open mind during the trial, coupled with your obligation to then decide the case only on the basis of the testimony and evidence presented, you must not discuss the case during the trial in any manner among yourselves or with anyone else, nor should you permit anyone to discuss it in your presence; and you should avoid reading any newspaper articles that might be published about the case. You should avoid seeing or hearing any television or radio comments about the trial.

From time to time during the trial I may be called upon to make rulings of law on objections or motions made by the lawyers. You should not infer or conclude from any ruling or other comment I may make that I have any opinions on the merits of the case favoring one side or the other. And if I should sustain an objection to a question that goes unanswered by a witness, you should not guess or speculate what the answer might have been nor should you draw any inferences or conclusions from the question itself.

During the trial it may be necessary for me to confer with the lawyers from time to time out of your hearing with regard to questions of law or procedure that require consideration by the court or judge alone. On some occasions you may be excused from the courtroom for the same

reason.  I will try to limit these interruptions as much as possible, but you should remember the importance of the matter you are here to determine and be patient even though the case may seem to go slowly.

The order of the trial's proceedings will be as follows: In just a moment the lawyers for each of the parties will be permitted to address you in turn and make what we call their "opening statements." The Plaintiff will then go forward with the calling of witnesses and presentation of evidence during what we call the Plaintiff's "case in chief." When the Plaintiff finishes (by announcing "rest"), the Defendant will proceed with witnesses and evidence, after which, within certain limitations, the Plaintiff may be permitted to again call witnesses or present evidence during what we call the "rebuttal" phase of trial. The Plaintiff proceeds first, and may rebut at the end, because the law places the burden of proof or burden of persuasion upon the Plaintiff or as I will further explain to you as part of my final instructions.

When the evidence portion of the trial is completed, the lawyers will then be given another opportunity to address you and make their summations or final arguments in the case, after which I will instruct you on the applicable law and you will then retire to deliberate upon your verdict.

Now we will begin by affording the lawyers for each side an opportunity to make their opening statements in which they may explain the issues in the case and summarize the facts they expect the evidence will show.

I caution you that the statements that the lawyers make now as well as the arguments they present at the end of the trial are not to be considered by you either as evidence in the case or as your instruction on the law. Nevertheless, these statements and arguments are intended to help you understand the issues and evidence as it comes in, as well as the positions taken by both

sides. So I ask that you now give the lawyers your close attention as I recognize them for purposes of opening statements.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      Eleventh Circuit Pattern Jury Instructions Civil Cases (1999 ed.) (Hereinafter "11th Pattern Instruction"), Preliminary Instructions before Trial.

### PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 2
*Consideration of the Evidence Duty to Follow*
*Instructions Corporate Party Involved*

In deciding the case you must follow and apply all of the law as I explain it to you, whether you agree with that law or not; and you must not let your decision be influenced in any way by sympathy, or by prejudice, for or against anyone.

The fact that a corporation is involved as a party must not affect your decision in any way. A corporation and all other persons stand equal before the law and must be dealt with as equals in a court of justice. When a corporation is involved, of course, it may act only through people as its employees; and, in general, a corporation is responsible under the law for any of the acts and statements of its employees that are made within the scope of their duties as employees of the company.

In your deliberations you should consider only the evidence - -that is, the testimony of the witnesses and the exhibits I have admitted in the record - - but as you consider the evidence, both direct and circumstantial, you may make deductions and reach conclusions which reason and common sense lead you to make. "Direct evidence" is the testimony of one who asserts actual knowledge of a fact, such as an eye witness. "Circumstantial evidence" is proof of a chain of facts and circumstances tending to prove, or disprove, any fact in dispute. The law makes no distinction between the weight you may give to either direct or circumstantial evidence.

Remember that anything the lawyers say is not evidence in the case. And, except for my instructions to you on the law, you should disregard anything I may have said during the trial in

arriving at your decision concerning the facts. It is your own recollection and interpretation of

the evidence that controls.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:        11th Pattern Instruction No. 2.2

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 3
*Credibility of Witnesses*

Now, in saying that you must <u>consider</u> all of the evidence, I do not mean that you must <u>accept</u> all of the evidence as true or accurate. You should decide whether you believe what each witness had to say, and how important that testimony was. In making that decision you may believe or disbelieve any witness, in whole or in part. Also, the number of witnesses testifying concerning any particular dispute is not controlling.

In deciding whether you believe or do not believe any witness I suggest that you ask yourself a few questions: Did the witness impress you as one who was telling the truth? Did the witness have any particular reason not to tell the truth? Did the witness have a personal interest in the outcome of the case? Did the witness seem to have a good memory? Did the witness have the opportunity and ability to observe accurately the things he or she testified about? Did the witness appear to understand the questions clearly and answer them directly? Did the witness' testimony differ from other testimony or other evidence?

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

_____

Authority:     11th Pattern Instruction No. 3

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 4
### *Impeachment of Witnesses Inconsistent Statement*

You should also ask yourself whether there was evidence tending to prove that the witness testified falsely concerning some important fact; or, whether there was evidence that at some other time the witness said or did something, or failed to say or do something, which was different from the testimony the witness gave before you during the trial.

You should keep in mind, of course, that a simple mistake by a witness does not necessarily mean that the witness was not telling the truth as he or she remembers it, because people naturally tend to forget some things or remember other things inaccurately. So, if a witness has made a misstatement, you need to consider whether that misstatement was simply an innocent lapse of memory or an intentional falsehood; and the significance of that may depend on whether it has to do with an important fact or with only an unimportant detail.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:        11th Pattern Instruction No. 4.1

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 5
*Burden Of Proof*
*When There Are Multiple Claims or*
*When Both Plaintiff and Defendant or*
*Third Parties Have Burden Of Proof*

In this case each party asserting a claim or a defense has the responsibility to prove every essential part of the claim or defense by a "preponderance of the evidence." This is sometimes called the "burden of proof" or the "burden of persuasion."

A "preponderance of the evidence" simply means an amount of evidence that is enough to persuade you that a claim or contention is more likely true than not true.

When more than one claim is involved, and when more than one defense is asserted, you should consider each claim and each defense separately; but in deciding whether any fact has been proved by a preponderance of the evidence, you may consider the testimony of all of the witnesses, regardless of who may have called them, and all of the exhibits received in evidence, regardless of who may have produced them.

If the proof fails to establish any essential part of a claim or contention by a preponderance of the evidence you should find against the party making that claim or contention.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      11th Pattern Instruction No. 6.2

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 6
*Duty to Deliberate*
*When Only the Plaintiff Claims Damages*

Of course, the fact that I have given you instructions concerning the issue of Plaintiff's damages should not be interpreted in any way as an indication that I believe that the Plaintiff should, or should not, prevail in this case.

Any verdict you reach in the jury room must be unanimous. In other words, to return a verdict you must all agree. Your deliberations will be secret; you will never have to explain your verdict to anyone.

It is your duty as jurors to discuss the case with one another in an effort to reach agreement if you can do so. Each of you must decide the case for yourself, but only after full consideration of the evidence with the other members of the jury. While you are discussing the case do not hesitate to re-examine your own opinion and change your mind if you become convinced that you were wrong. But do not give up your honest beliefs solely because the others think differently or merely to get the case over with.

Remember, that in a very real way you are judges - - judges of the facts. Your only interest is to seek the truth from the evidence in the case.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      11th Pattern Instruction No. 7.1

*Plaintiff's Proposed Jury Instructions*
*Brandt v. I.C. Systems*
*8:09-cv-126*
*Page 11 of 34*

PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 7
*Nature of Action and Legal Definitions for the Federal Claim*

Plaintiff brings this action against Defendant based on 15 U.S.C. §1692, *et sequi*, commonly known as the Fair Debt Collection Practices Act, which for convenience I may refer to as the "Federal Act," and for violation of Florida Statutes Chapter 559.55, *et sequi*, commonly known as the Florida Consumer Collection Practices Act, which for convenience I will refer to as the "Florida Act." While both claims may involve the same facts, you are to consider each claim separately as I will instruct.

The Fair Debt Collection Practices Act originally enacted by Congress became effective on March 20, 1978, and was again amended and broadened in 1986 and amended again in 1996. In passing this Federal Act, Congress stated its purpose was to "eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection practices." To this end, the Federal Act expressly prohibits debt collectors from engaging in numerous specific acts or practices and also mandatorily requires debt collectors in attempting to collect consumer debts for others to affirmatively perform specific acts. [1]

Plaintiff's first claim against Defendant is based on the "Federal Act" - Fair Debt Collection Practices Act.

The Fair Debt Collection Practices Act defines a "*debt collector*" to include any person who uses any instrumentality of interstate commerce or the mails in any business, the principal purpose of which business in the collection of any debt, directly or indirectly, owed, due, or

---

[1] Authority:   15 U.S.C. §1692, et seq.

asserted to be owed or due to another. The Fair Debt Collection Practices Act also defines a "debt collector" to include any person who regularly collects a debt owed to another. [2]

The Fair Debt Collection Practices Act defines "*debt*" to mean any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family or household purposes, whether or not such obligations have been reduced to judgment. The obligation which Plaintiff is alleged to owe is a "debt" within the meaning of the Fair Debt Collection Practices Act. [3]

The Fair Debt Collection Practices Act defines "*consumer*" as any person obligated or allegedly obligated to pay any debt. [4]

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

---

[2] Authority:   15 U.S.C. §1692a(6)
[3] Authority:   15 U.S.C. §1692a(5)
[4] Authority:   15 U.S.C. §1692a(3)

### PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 8
*Obligation to Pay Debt Does Not Affect Liability*

Whether or not Plaintiff owes the debt alleged to be due to Defendant or any other party is not a factor in this proceeding.  Even if Plaintiff does owe this obligation, Defendant must comply in all respects with the Fair Debt Collection Practices Act.  Therefore, you may not consider whether or not Plaintiff is indebted to Defendant or any other party when determining whether Defendant violated the Fair Debt Collection Practices Act.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      Baker v. G.C. Services Corp., 677 F.2d 775, 777 (9th Cir. 1982).

PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 9
(Violations of the Act Are Measured by the
''Least Sophisticated Debtor'' Standard)

In determining whether the Defendant violated the Fair Debt Collection Practices Act you are to apply the ''least sophisticated debtor'' standard. This law was not made for the protection of experts, but for the public—that vast multitude which includes the ignorant, the unthinking and the credulous, and the fact that a false or misleading statement may be obviously false or misleading to those who are trained and experienced does not change its character, nor take away its power to deceive others less experienced. Thus, in reaching your determination of whether Defendant's communications are false or deceptive you must view them through the eyes of the ''least sophisticated debtor.''

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:       Schweizer v. Trans Union Corp., 136 F.3d 233 (2d Cir. 1998); Swanson v. Southern Oregon Credit Service, 869 F.2d 1222, 1225–27 (9th Cir. 1988); Jeter v. Credit Bureau, Inc., 760 F.2d 1168, 1172–75 (11th Cir. 1985); Graziano v. Harrison, 950 F.2d 107, 111 (3d Cir. 1991) (In the Seventh Circuit, the ''unsophisticated consumer'' standard should be substituted for the ''least sophisticated consumer''

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 10
### *Plaintiff's Contentions*

Plaintiff contends that Defendant violated the Federal Law in the following particulars:

First, Defendant caused the telephone to ring or engaged Plaintiff in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass Plaintiff at the called number, in violation of 15 U.S.C. § 1692d (5).

Second, Defendant communicated with Plaintiff at an unusual time or place or time and place known or which should have been know to be inconvenient to Plaintiff in violation of 15 U.S.C. § 1692c(a)(1.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

---

Authority:      (15 U.S.C. § 1692d (5)); (15 U.S.C. § 1692c(a)(1)).

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 11
*Respondeat Superior Liability*

Under the law, a corporation such as Defendant is considered to be a person.  It can only act through its employees, agents, directors, or officers.  Therefore, a corporation is responsible for the acts of its employees, agents, directors, and officers performed within the scope of authority.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      2001 Ninth Circuit Manual of Model Civil Jury Instruction No. 6.2: Liability Of Corporations—Scope Of Authority Not In Issue.

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 12
### *Harassment or Abuse*

The Fair Debt Collection Practices Act states in pertinent part:

A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. …

When a debt collector engages in conduct which harasses, oppresses, or abuses a

person in connection with collection of a debt, this violates the Federal Law.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      15 U.S.C. § 1692d.

<u>PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 13</u>
*Repeated and Continuous Communication*

The Fair Debt Collection Practices Act states in pertinent part:

The following conduct in causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number is a violation of the Federal Law.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      (15 U.S.C. § 1692d (5))

<u>PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 14</u>
*Inconvenient Communication*

The Fair Debt Collection Practices Act states in pertinent part:

Without the prior consent of the consumer given directly to the debt collector or the express permission of a court competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt at any unusual time or place or a time or place known or which should be known to be inconvenient to the consumer.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      15 U.S.C. §1692c(a)(1)

<u>PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 15</u>
*Bona Fide Error Defense*

The debt collector is not liable for violation of the Fair Debt Collection Practices Act if it shows by a preponderance of the evidence that (1) it did not intend to violate the Act and (2) the violation was made in good faith; and (3) it maintained procedures reasonable adapted to check for and avoid such violation, but the violation occurred despite these procedures.

Only unintentional clerical errors qualify under this defense.  A mistake of law is not a bona fide error.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      15 U.S.C. § 1692k; Fox v. Citicorp Credit Services, Inc., 15 F.3d 1507 (9th Cir. 1994); Baker v. G.C. Services Corp., 677 F.2d 775, 779 (9th Cir. 1982).

## PROPOSED JURY INSTRUCTION NO 16
*Fair Debt Collection Practices Act -Actual Damages*

The Fair Debt Collection Practices Act permits damages to be awarded against a debt collector who violates the Act.

First, actual damages may be awarded the Plaintiff as a result of the failure of Defendant to comply with the Fair Debt Collection Practices Act. Actual damages not only include any out-of-pocket expenses but also damages for personal humiliation, embarrassment, mental anguish, and emotional distress.

There is no fixed standard or measure in the case of intangible items such as humiliation, embarrassment, mental anguish and emotional distress. You must determine a fair and adequate award of these items through the exercise of your judgment and experience in the affairs of the world after considering all the facts and circumstances presented during the trial of this case.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:     Smith v. Law Office of Mitchell N. Kay, 124 B.R. 182, 185 (D.Del. 1990); In re Maxwell, 281 B.R. 101 (Bankr. D.Ma. 2002); In re Littles, 75 B.R. 241, 242 (Bank.E.D. Pa. 1987)

PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 17
*Fair Debt Collection Practices Act -Statutory Damages*

In addition to actual damages, and regardless of whether actual damages are awarded, in the event you find that Defendant has violated the Fair Debt Collection Practices Act, you shall award statutory damages in an amount not to exceed $1,000 for violation of the Fair Debt Collection Practices Act. In determining the amount of statutory damages to be awarded, whether $1.00 or up to and including $1,000, the Fair Debt Collection Practices Act provides that you shall consider, among other relevant factors, the frequency and persistence of noncompliance by the debt collector, the nature of such noncompliance, and the extend to which noncompliance was intentional.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:     15 U.S.C. §1692k(b)(1); Kobs v. Arrow Service Bureau, Inc., 134 F.3d 893 (7th Cir.1998); In re Littles, 75 B.R. 241, 242 (Bankr. E.D. Pa. 1987)

<u>PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 18</u>
*Nature of Action and Legal Definitions for the State Claim*

With respect to the second claim brought by Plaintiff against Defendant, Plaintiff has alleged that Defendant has violated the requirements of the "Florida Consumer Collections Practices Act" the "State Law" while attempting to collect a consumer debt purportedly owed by Plaintiff.

You are instructed as a matter of law that the purported obligation of Plaintiff is a "consumer debt" pursuant to the Florida Consumer Collection Practices Act and that Defendant is a "person" subject to the requirements of the Florida Consumer Collection Practices Act.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:     Florida Statutes § 559.55.

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 19
*(Florida Consumer Collection Practices Act –*
*Abuse or Harassment of Debtor)*

The Florida Consumer Collection Practices Act prohibits a person in collecting consumer debts from willfully communicating with the debtor, Plaintiff with such frequency as can reasonably be expected to harass the debtor, Plaintiff, or willfully engage in other conduct which can reasonably be expected to abuse or harass the debtor, Plaintiff.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      Florida Statutes § 559.72(7).

PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 20
*Florida Consumer Collection Practices Act - Actual Damages*

I will now instruct you to the law of damages applicable to this case with respect to the claim for violation of the Florida Consumer Collection Practices Act.  The Florida Consumer Collection Practices Act specifically permits damages to be awarded against a person who violates the Act.

First, the actual damages may be awarded to the Plaintiff as a result of the failure of Defendant to comply with the Florida Consumer Collection Practices Act.  Actual damages not only include any out-of-pocket expenses, but also damages for personal humiliation, embarrassment, mental anguish and emotional distress.

There is no fixed standard or measure in the case of intangible items such as humiliation, embarrassment, mental anguish or emotional distress.  You must determine a fair and accurate award of those items through the exercise of your judgment and experience in the affairs of the world after considering all the facts and circumstances presented during the trial of this case.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:     Florida Department of Corrections v. Abril, 969 So. 2d 201, 206-207 (Fla. 2007); Florida Statutes § 559.77(2) and (5).

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 21
*Florida Consumer Collection Practices Act - Statutory Damages*

In addition to actual damages, and regardless of whether actual damages are awarded, the jury shall award statutory damages in an amount not to exceed $1,000.00 for violation of the Florida Consumer Collection Practices Act.  In determining the amount of statutory damages to be awarded, whether $1.00 or up to and including $1,000.00, the Florida Consumer Collection Practices Act provides that the jury shall consider among other relevant factors, the frequency and persistence of noncompliance by the debt collector, the nature of such noncompliance, and the extend to which noncompliance was intentional.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      Florida Statutes § 559.77(2).

<u>PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 22</u>
*Invasion of Privacy by Intrusion upon Seclusion*

The right to privacy means the right of a person to be let alone and live free from unwanted intrusion upon seclusion.  Plaintiff seeks to recover damages from Defendant because Plaintiff claims that Defendant wrongfully invaded his privacy by intruding on his seclusion and solitude by Defendant's electronic intrusion by numerous and repetitive telephone calls to Plaintiff's cellular telephone, thus into Plaintiff's private area.

The issues for your determination on the claim of Plaintiff against Defendant are whether Defendant did intentionally interfere with and unreasonably intrude into Plaintiff's seclusion and solitude and whether that intrusion might, and probably would, be offensive and objectionable, or cause mental distress and injury, to a reasonable person having ordinary feelings and ordinary sensibilities.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      Tucker v. American Employers Insurance Co., 171 So. 2d 437 (Fla. 2d DCA 1965); Harms v. Miami Daily News, Inc., 127 So. 2d 715 (Fla. 3d DCA 1961); Thompson v. City of Jacksonville, 130 So. 2d 105 (Fla. 1st DCA 1961); Cason v. Baskin, 155 Fla. 198, 20 so. 2d 243 (1944).

<u>PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 23</u>
*Invasion of Privacy - Damages*

Definition of "Damages":  The term "damages" means a sum of money that will fairly and adequately compensate a person who has been harmed.  Damages may include past and future harm.  It must be proved that future harm is reasonably certain to occur. Definition of "burden of proof": A party asking for damages must prove the nature, extent, duration, and consequences of his or her harm.  You must not decide damages based on speculation or guess.

Deciding the amount of damages: You may award damages for past and future mental harm if the evidence shows they resulted from the invasion of Plaintiff's privacy by the Defendant**.**

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:       Florida Standard Jury Instruction in Civil Cases 5.1; 6.1

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 24
*Past Damages for Mental Harm*

Past damages for mental harm

Items to include for Plaintiff's experiences up to the time of your verdict for past damages for mental harm are:

1. Pain
2. Embarrassment
3. Emotional distress

It is difficult to put an exact value on these items that are not necessarily decided on a daily or hourly basis.

Factors to consider:
1. The type, extent, and severity of the injuries
2. How painful the injuries were
3. The treatment and pain involved in that treatment
4. The length of time the injury or harm lasted
5. Any other factors you think are relevant.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:    Genesis Publications, Inc. v. Goss, 437 So. 2d 169 (Fla. 3d DCA 1983); Heard v. Mathis, 344 So. 2d 651 (Fla. 1st DCA 1977);  Story v. J. M. Fields, 343 So. 2d 675 (Fla. 1st DCA 1977)

<u>PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 25</u>
*Future Damages for Mental Harm*

Future damages for mental harm

    Future damages for bodily and mental harm for which Plaintiff is reasonably certain to experience in the future may include:

    1. Pain
    2. Embarrassment
    3. Emotional distress

    It is difficult to put an exact value on these items that are not necessarily decided on a daily or hourly basis.

Factors to consider:

    1. The type, extent, and severity of the injuries
    2. How painful the injuries are
    3. The treatment and pain involved in that treatment
    4. The length of time the injury or harm is likely to last
    5. Any other factors you think are relevant.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:    Genesis Publications, Inc. v. Goss, 437 So. 2d 169 (Fla. 3d DCA 1983); Heard v. Mathis, 344 So. 2d 651 (Fla. 1st DCA 1977);  Story v. J. M. Fields, 343 So. 2d 675 (Fla. 1st DCA 1977)

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 26
*Election of Foreperson*
*Explanation of Verdict Form(s)*

When you go to the jury room you should first select one of your members to act as your foreperson. The foreperson will preside over your deliberations and will speak for you here in court.

A form of verdict has been prepared for your convenience.  [Explain verdict]

You will take the verdict form to the jury room and when you have reached unanimous agreement you will have your foreperson fill in the verdict form, date and sign it, and then return to the courtroom.

If you should desire to communicate with me at any time, please write down your message or question and pass the note to the marshal who will bring it to my attention. I will then respond as promptly as possible, either in writing or by having you returned to the courtroom so that I can address you orally. I caution you, however, with regard to any message or question you might send, that you should not tell me your numerical division at the time.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:      11th Pattern Instruction No. 8

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO 27
### *Unanimous Verdict*

Your verdict must represent the considered judgment of each juror. In order to return a verdict, it is necessary that each juror agree to it. Your verdict must be unanimous.

It is your duty, as jurors, to consult with one another and to deliberate with a view toward reaching an agreement, if you can do so without violence to your individual judgment. Each of you must decide the case for yourself, but do so only after an impartial consideration of the evidence with your fellow jurors. In the course of your deliberation, do not hesitate to re-examine your own views, and change your opinion, if convinced it is erroneous. But do not surrender your honest conviction as to the weight or effect of evidence, solely because of the opinion of your fellow jurors, or for the purpose of returning a verdict.

Remember at all times that you are not partisans. You are judges—judges of the facts. Your sole interest is to seek the truth from the evidence in the case.

Given _____
Given as Modified _____
Denied _____
Withdrawn _____

Authority:  11th Pattern Instruction No. 7.1

Respectfully submitted.

**DICESARE, DAVIDSON, & BARKER, P.A.**

/s/ Harold E. Barker
_____

Harold E. Barker, Esquire
Florida Bar #0500143
E-mail rbarker@ddblaw.com
Post Office Box 7160
Lakeland, Florida 33807-7160
Phone (863) 648-5999
Facsimile (863) 648-4755
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 26, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will forward a copy to Dale T. Golden, Esquire, and Charles McHale, Esquire of Golden & Scaz, PLLC, 2124 West Kennedy Boulevard, Suite A. Tampa, Florida 33606.   I further certify that I mailed the foregoing document and the notice of electronic filing by First Class Mail to the following non-CM/ECF participants:  none.

**DICESARE, DAVIDSON, & BARKER, P.A.**

/s/ Harold E. Barker
_____

Harold E. Barker, Esquire
Florida Bar #0500143
E-mail rbarker@ddblaw.com
Post Office Box 7160
Lakeland, Florida 33807-7160
Phone (863) 648-5999
Facsimile (863) 648-4755
Attorney for Plaintiff