IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD P. BRANDT,                                             **CASE NO.:** 8:09-cv-126-T-36MAP

Plaintiff,                              **Civil Action**

vs.

I.C. SYSTEM, INC.,

Defendant.
_____/

## DEFENDANT'S PROPOSED VERDICT FORM

1. Did Defendant cause Plaintiff's telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff, in violation of 15 U.S.C. § 1692d(5); and

   YES \_\_\_                                             NO \_\_\_

2. Did Defendant communicate with Plaintiff at an unusual time or place or time and place known or which should have been known to be inconvenient to Plaintiff in violation of 15 U.S.C. § 1692c(a)(1).

   YES \_\_\_                                             NO \_\_\_

IF YOUR ANSWERS TO QUESTIONS NUMBER 1 **AND** 2 ARE "NO", PLEASE PROCEED TO QUESTION NUMBER 3.

IF YOUR ANSWER TO QUESTION NUMBER 1 **OR** 2 IS "YES", YOU MAY AWARD THE PLAINTIFF ANY AMOUNT FROM $0 TO $1,000 AS STATUTORY DAMAGES AGAINST I.C. SYSTEM, INC., UNDER THE FDCPA IN THIS CASE.

TOTAL AMOUNT OF STATUTORY DAMAGES FOR FDCPA CLAIMS:

$_____

3. Did I.C. SYSTEM willfully communicate with the Plaintiff with such frequency as can reasonably be expected to harass the Plaintiff or willfully engage in other conduct which can reasonably be expected to abuse or harass the Plaintiff?

   YES _____          NO_____

   IF YOUR ANSWER TO QUESTIONS NUMBER 3 IS "NO", PLEASE PROCEED TO QUESTION 4.

   IF YOUR ANSWER TO QUESTION NUMBER 3 IS "YES", YOU MAY AWARD THE PLAINTIFF ANY AMOUNT FROM $0 TO $1,000 AS STATUTORY DAMAGES AGAINST I.C. SYSTEM, INC., UNDER THE FCCPA IN THIS CASE.

   TOTAL AMOUNT OF STATUTORY DAMAGES FOR FCCPA CLAIMS:

   $_____

## ACTUAL DAMAGES

IF YOU HAVE DETERMINED THAT I.C. SYSTEM IS LIABLE YOU MUST DECIDE WHETHER THE PLAINTIFF SUFFERED ACTUAL DAMAGES, WHICH MAY INCLUDE PAIN, SUFFERING, PERSONAL HUMILIATION, EMBARRASSMENT, MENTAL ANGUISH, AND EMOTIONAL DISTRESS.

DID THE PLAINTIFF SUFFER ACTUAL DAMAGES AS A RESULT OF THE CONDUCT OF I.C. SYSTEM?

   YES _____          NO_____

   IF YOUR ANSWER IS "NO" PLEASE PROCEED TO QUESTION NUMBER 11.

   IF YOUR ANSWER IS "YES", STATE THE TOTAL AMOUNT OF ACTUAL DAMAGES AWARDED TO PLAINTIFF UNDER THE FDCPA AND FCCPA:

   $_____

4. Did Defendant violate Florida common law prohibiting invasion of privacy?

   YES _____          NO_____

   If your answer is "YES," set forth the amount of damages so as to fully and fairly compensate Plaintiff for such an invasion:  $ _____

THE ABOVE ARE THE JURY'S UNANIMOUS VERDICT. SO SAY WE ALL THIS _____ DAY OF JUNE, 2010.

FOREPERSON:_____