**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EDWARD P. BRANDT,

    Plaintiff,

v.                                          CASE NO: 8:09-cv-126-T-26MAP

I.C. SYSTEM, INC.,

    Defendant.
_____/

## **O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that counsel for the parties are directed to confer in a good faith effort to come to an agreement on the jury instructions and verdict form to be submitted to the jury. Counsel shall confer in that regard on or before June 14, 2010, and advise the Court whether they were or were not able to agree no later than June 16, 2010, as well as the areas of agreement and disagreement.

**DONE AND ORDERED** at Tampa, Florida, on June 9, 2010.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record