**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EDWARD P. BRANDT,

    Plaintiff,

v.                              Case No. 8:09-cv-126-T-26MAP

I.C. SYSTEM, INC.,

    Defendant.
_____/

**JOINT NOTICE OF COMPLIANCE WITH ORDER OF COURT DATED JUNE 9, 2010**

    Plaintiff, EDWARD P. BRANDT and Defendant, I.C. SYSTEM, INC., by and through their undersigned counsel, pursuant to Order of this Court dated June 9, 2010, regarding agreement on the jury instructions and verdict form to be submitted to the jury, hereby inform the Court that:

    1.    Counsel conferred on June 14, 2010, regarding the jury instructions and the verdict form.

    2.    Counsel were able to agree to use Defendant's Jury Instruction numbered 1, 2, 3, 4, 6, 7, 8, 9, 10, 15 & 16.

    3.    Counsel were not able to come to an agreement with regard to the remaining Jury Instructions or Verdict Form.

    Respectfully submitted this 16<u>th</u> day of June, 2010.

| **DICESARE, DAVIDSON, & BARKER, P.A.** | **GOLDEN & SCAZ, PLLC** |
|---|---|
| /s/ HAROLD E. BARKER, ESQUIRE | /s/DALE T. GOLDEN, ESQUIRE |
| _____ | _____ |
| Harold E. Barker, Esquire | Dale T. Golden, Esquire |
| Florida Bar #0500143 | Florida Bar # 094080 |
| E-mail rbarker@ddblaw.com | E-mail: dale.golden@goldenscaz.com |
| Post Office Box 7160 | 2124 W. Kennedy Blvd., Suite A |
| Lakeland, Florida 33807-7160 | Tampa, FL 33606 |
| Phone (863) 648-5999 | Phone (813) 251-5500 |
| Facsimile (863) 648-4755 | Facsimile (813) 251-3675 |
| Attorney for Plaintiff | Attorney for Defendant |