UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD P. BRANDT,

    Plaintiff,

v.                                       Case No. 8:09-cv-00126-RAL-MAP

I. C. SYSTEMS, INC.                          _____ Evidentiary
                                                                     **X**    Trial

    Defendant.                                    _____Other

## JOINT EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | JUN 2 1 2010 | | IC System Training Manual *Exh returned* Stamped Pages 1 to 80 |
| 2 | | JUN 2 1 2010 | | IC's collection notes/screen prints *Exh returned* Stamped Pages 81 to 90 |
| 3 | | JUN 2 1 2010 | | IC's letter to Plaintiff dated September 10, 2008 Stamped Page 91 *Exh returned* |
| 4 | | | | Deposition transcript of Plaintiff, Mr. Edward P. Brandt Stamped Pages 92 to 153 |
| 5 | | JUN 2 1 2010 | | IC System Phone Report *Exh returned* Stamped Pages 154 to 159 |
| 6 | | JUN 2 1 2010 | | Demonstrative Composite of IC System's Phone Report Stamped Pages 160 to 162 *Exh returned* |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |